IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THOMAS HAASS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

HOPKINS MANUFACTURING CORPORATION,

    Defendant.

ORDER
CASE NO. 21-CV-01290 (VB)



ORDER GRANTING MOTION TO WITHDRAW DAVID WAWRO AS COUNSEL
FOR DEFENDANT HOPKINS MANUFACTURING CORPORATION

Upon consideration of the motion to withdraw the appearance of David Wawro, formerly of Torys, LLP, as counsel for Defendant Hopkins Manufacturing Corporation and to remove his name from the ECF service list bearing Case No. 21-CV-01290 (VB),

IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: March 19, 2021
      New York, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Respectfully submitted,

**TORYS, LLP**

By: /s/ *Christopher M. Caparelli*
    Christopher M. Caparelli
    1114 Avenue of the Americas
    23rd Floor
    New York, New York 10036
    Tel. (212) 880-6000
    Fax. (212) 682-0200
    Email. ccaparelli@torys.com