UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS HAASS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>v.<br><br>HOPKINS MANUFACTURING CORPORATION,<br><br>                              Defendant. | ~~Civil Action No. 7:~~21-cv-01290<br><br>STIPULATION and Order OF DISMISSAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/19/22 |

Pursuant to Fed. R. Civ. P. 41(A)(1)(a)(ii), the parties hereby stipulate to dismissal of this action with prejudice.


Dated: September 30, 2022            **BURSOR & FISHER, P.A.**

                                     By:    /s/ Joshua D. Arisohn
                                            Joshua D. Arisohn

                                     *Counsel for Plaintiff*


Dated: September 30, 2022            **DLA PIPER LLP (US)**

                                     By:    /s/ Keara M. Gordon
                                            Keara M. Gordon

                                     *Counsel for Defendant*


The Clerk is instructed to close this case.

SO ORDERED:

/s/ Vincent L. Briccetti
_____
Vincent L. Briccetti, U.S.D.J.
September 19, 2022